IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MELINDA CHAYKIN,<br><br>Plaintiff,<br><br>vs.<br><br>MONTANA CVS PHARMACY, LLC, a Montana limited liability company; ABC CORPORATIONS 1–5; and DOES 1–10,<br><br>Defendants. | CV 23–13–BU–DLC<br><br><br>ORDER |

Upon review of the Stipulation for Dismissal with Prejudice signed by counsel for the parties (Doc. 29), pursuant to Federal Rule of Civil Procedure 41(a) and (b), and for good cause appearing,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each side to bear their own costs and fees. The Clerk of Court is directed to close this case file.

DATED this 17th day of April, 2025.

_____
Dana L. Christensen, District Judge
United States District Court